UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ADRIAN CARLTON, et al.,

    *Plaintiffs*,

v.                                          Case No.  2:04-cv-001
                                             HON. R. ALLAN EDGAR

M. JOHNSON, et al.,

    *Defendants*.

_____/

## ORDER

On August 31, 2006, Magistrate Timothy P. Greeley submitted his report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b), and W.D. Mich. LCivR 72.1. [Doc. No. 223].  The Magistrate Judge recommends that the following motions by plaintiff Adrian Carlton be denied:

    1.  Plaintiff's motion for partial summary judgment [Doc. No. 124];

    2.  Plaintiff's motion for injunction [Doc. No. 131];

    3.  Plaintiff's motion for temporary restraining order and/or preliminary injunction [Doc. No. 147]; and

    4.  Plaintiff's motion for temporary restraining order and/or preliminary injunction. [Doc. No. 159].

There are objections to the report and recommendation by the plaintiff. [Doc. No. 231].  After reviewing the record *de novo*, the Court concludes that the plaintiff's objections are without merit and are **DENIED**.  The Court **ACCEPTS and ADOPTS** the report and recommendation pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b), and W.D. Mich. LCivR 72.3(b).  Accordingly, the

plaintiff's motions [Doc. Nos. 124,131,147,159] are **DENIED**.

SO ORDERED.

Dated: September 15, 2006.                     */s/ R. Allan Edgar*
                                               R. ALLAN EDGAR
                                       UNITED STATES DISTRICT JUDGE